IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ANNETTE R. TAYLOR**  Plaintiff,  v.  **DAVID L. BERNHARDT**  **Secretary of the Interior**  **U.S. Department of the Interior**  Defendant. | Case: 1:20-cv-03173-DLF |

## MOTION FOR EXTENSION OF TIME TO SERVE
## ACTING UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA

1. We have tried to serve the Acting U.S. Attorney for the District of Columbia, as required under Rule 4 of the Federal Rules of Civil Procedure, by certified mail, return receipt requested, because our client, who is a secretary in the Department of the Interior, has limited financial means.

2. As this has not been successful (perhaps because of disorganization caused by the change in administrations, and a decline in service by the post office) we intend to service him using a process server, but need more time.

3. Accordingly, we ask for a thirty day extension of time to serve the Acting U.S. Attorney for the District of Columbia.

Respectfully submitted this 1st day of February, 2021.

*/s/ Stephen Christopher Swift*
Stephen Christopher Swift
DC Bar #428459
E-mail: steve@swift.law.pro

*/s/ Charity C. Emeronye Swift*
Charity C. Emeronye Swift
DC Bar #198209
E-mail: charity@swift.law.pro

Swift & Swift, Attorneys at Law, P.L.L.C.
Suite 200
2121 Eisenhower Avenue
Alexandria, VA 22314

Telephone: (703) 418 – 0000
Facsimile: (703) 535 – 8205

*Attorneys for Plaintiff Annette R. Taylor*